UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RANDALL TURNER,** | Civil Case No. 3:12-CV-01851-KI |
| Plaintiff, | JUDGMENT PURSUANT TO FRCP 54(b) DISMISSING CLAIMS AGAINST NORCOR |
| v. | |
| **MULTNOMAH COUNTY, a political subdivision of the State of Oregon; WASCO COUNTY, a political subdivision of the State of Oregon; GILLIAM COUNTY, a political subdivision of the State of Oregon; HOOD RIVER COUNTY, a political subdivision of the State of Oregon; SHERMAN COUNTY, a political subdivision of the State of Oregon; and OLE LLOYD ANDERSON ERSSON, M.D.; MONICA WAHLS, N.P.; NORTHERN OREGON CORRECTIONAL FACILITY,** | |
| Defendants. | |

Page 1 - JUDGMENT PURSUANT TO FRCP 54(b)

> Martin R. Reeves
> Reeves, Kahn, Hennessy & Elkins
> 4035 SE 52nd Ave.
> P.O. Box 86100
> Portland, OR 97286
>
> Attorney for Plaintiff
>
> Michael A. Lehner
> Lehner & Rodrigues, PC
> 1500 SW First Ave., Suite 900
> Portland, OR 97201
>
> Attorney for NORCOR

KING, Judge:

This action came before the Court, Honorable Garr M. King, District Judge, presiding, on the motion of defendant Northern Oregon Correctional Facility (NORCOR) for entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b).

The issues having been heard and decision having been rendered on October 30, 2013, and finding no just reason for delay,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Randall Turner's claims against NORCOR are dismissed with prejudice, and without costs or attorney's fees.

DATED this ___6th___ day of January, 2014.

>  /s/ Garr M. King
> Garr M. King
> United States District Judge