UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**RANDALL TURNER,**

          Plaintiff,

   v.

**MULTNOMAH COUNTY, a political subdivision of the State of Oregon; WASCO COUNTY, a political subdivision of the State of Oregon; GILLIAM COUNTY, a political subdivision of the State of Oregon; HOOD RIVER COUNTY, a political subdivision of the State of Oregon; SHERMAN COUNTY, a political subdivision of the State of Oregon; and OLE LLOYD ANDERSON ERSSON, M.D.; MONICA WAHLS, N.P.; NORTHERN OREGON CORRECTIONAL FACILITY,**

          Defendants.

Civil Case No. 3:12-CV-01851-KI

JUDGMENT

Page 1 - JUDGMENT

Randall Turner
90675-011
FCI Terminal Island
P.O. Box 3007
Terminal Island, CA 90731

    *Pro se* Plaintiff

James Dumas
Michael J. Estok
Lindsay Hart, LLP
1300 SW Fifth Ave., Ste. 3400
Portland, OR 97201

    Attorneys for Defendant Monica Wahls, N.P.

Jenny M. Madkour, County Attorney
for Multnomah County
David N. Blankfeld
Assistant County Attorney
Office of Multnomah County Attorney
501 N.E. Hawthorne Blvd., Ste. 500
Portland, OR 97214

    Attorneys for Defendants Multnomah County and Ole Ersson, M.D.

KING, Judge:

Based on the record,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED this __3rd__ day of June, 2015.

                                               /s/ Garr M. King
                                             Garr M. King
                                             United States District Judge